# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 83RD JUDICIAL DISTRICT COURT OF VAL VERDE COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on April 22, 2015, the cause upon appeal to revise or reverse your judgment between

City of Del Rio, Appellant

V.

Daniel Jalomos, Appellee

No. 04-14-00381-CV and Tr. Ct. No. 31037

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's memorandum opinion of this date, the order granting the plea to the jurisdiction and dismissing the suit filed by the City of Del Rio is AFFIRMED. It is ORDERED that Appellee Daniel Jalomos recover his costs of appeal from Appellant City of Del Rio.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on July 1, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00381-CV

**City of Del Rio**

**v.**

**Daniel Jalomos**

(NO. 31037 IN 83RD JUDICIAL DISTRICT COURT OF VAL VERDE COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | MANUEL QUINTO-POZOS |
| CLERK'S RECORD | $62.00 | PAID | CITY OF DEL RIO |
| REPORTER'S RECORD | $873.00 | PAID | CITY OF DEL RIO |
| FILING | $100.00 | E-PAID | SUZANNE WEST |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | SUZANNE WEST |
| INDIGENT | $25.00 | E-PAID | SUZANNE WEST |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | SUZANNE WEST |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this July 1, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853